UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-60081 Damian/Strauss

18 U.S.C. § 1343
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

WAYNE KURIAN,

Defendant.

_____/

FILED BY R.P.B. D.C.

APR 0 2 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## INFORMATION

The United States Attorney charges that:

## GENERAL ALLEGATIONS

At all times material to this Information:

1. The National Save the Sea Turtle Foundation ("STST") was an Internal Revenue Code § 501(c)(3) non-profit organization with locations in Broward and Palm Beach Counties, Florida.

2. STST received marine vessel donations which qualified donors to receive a charitable tax deduction if STST held the vessels for a period of at least three years. During this three-year period, STST insured the vessels through Victim Organization 1.

3. Defendant WAYNE KURIAN was a resident of Broward County, Florida, and was employed by STST as a yacht broker.

4. Victim Organization 1 was an insurance company headquartered in Cincinnati, Ohio. Victim Organization 1 underwrote insurance policies for, among other things, marine vessels.

5.      Victim Organization 2 was an insurance agency located in Easton, Maryland. Victim Organization 2 received a set percentage of Organization 1's insurance premiums as a fee for policies brokered by Victim Organization 2 related to STST.

**(Wire Fraud)**
**18 U.S.C. § 1343**

6.      From in or about 2017, through in or about March 2023, in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**WAYNE KURIAN,**

did knowingly, and with intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate commerce, certain writings, signs, signals, pictures and sounds.

## PURPOSE OF THE SCHEME AND ARTIFICE

7.      The purpose of the scheme and artifice was for the defendant to unlawfully enrich himself and STST by, among other things: (a) accepting marine vessel donations for donors to receive charitable tax deductions; (b) falsifying marine vessel appraisals to obtain lower insurance premiums payable by STST; and (c) using the illicit proceeds for the defendant and STST's own benefit and to further the ongoing scheme.

## SCHEME AND ARTIFICE

The manner and means by which the defendant sought to accomplish the purpose of the scheme and artifice included, among other things, the following:

8. **WAYNE KURIAN** and STST solicited and received marine vessel donations for STST from donors seeking to gain charitable tax deductions for the value of their marine vessels.

9. **WAYNE KURIAN** and STST obtained marine vessel appraisals and surveys for marine vessels donated to STST for purposes of establishing the appropriate level of insurance coverage on the marine vessels.

10. **WAYNE KURIAN** altered, and caused to be altered, these marine vessel appraisals and surveys to reflect lower valuations for the donated vessels.

11. **WAYNE KURIAN** submitted and caused to be submitted the altered and false appraisals and surveys to Victim Organizations 1 and 2 for purposes of obtaining lower insurance premiums for STST's fleet of donated marine vessels insured by Victim Organization 1.

12. During the scheme and artifice, **WAYNE KURIAN** and STST submitted approximately 55 false and fraudulent appraisals to Victim Organizations 1 and 2 for marine vessels donated to STST's fleet.

13. Victim Organization 1 determined STST's marine-vessel insurance premiums based on the false values of the vessels in STST's fleet that were provided or caused to be provided by **WAYNE KURIAN**, thereby substantially discounting the premiums owed by STST based on the fraudulently depressed values represented by STST to Victim Organization 1.

14. During the scheme and artifice, **WAYNE KURIAN** defrauded Victim Organization 1 of approximately $1,000,000 in insurance premiums for vessels in STST's fleet that were insured by Victim Organization 1 based on false valuations provided or caused to be provided by **WAYNE KURIAN**.

3

## USE OF WIRES

15.     On or about October 29, 2021, in Broward County, Florida, in the Southern District of Florida, and elsewhere, **WAYNE KURIAN,** for the purpose of executing and in furtherance of the aforesaid scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, did knowingly cause to be transmitted in interstate commerce, by means of wire communication, certain writings, signs, signals, pictures, and sounds, that is, the transmission of an email communication from STST to Victim Organization 2, attaching a false and fraudulent appraisal of marine vessel "Lazy Z" for $8,500,000 when in truth Lazy Z was valued at approximately $25,000,000.

In violation of Title 18, United States Code, Sections 1343 and 2(a).

## FORFEITURE ALLEGATIONS

1.     The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **WAYNE KURIAN,** has an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Section 1343, as alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).


[remainder of page intentionally left blank]


4

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

BRUCE D. BROWN

For JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

TREVOR C. JONES
ASSISTANT UNITED STATES ATTORNEY

(Trevor Jones) for
PARKER R. TOBIN
TRIAL ATTORNEY, DEPARTMENT OF JUSTICE

5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

CASE NO.: 26-CR-60081 Damian/Strauss

v.

**CERTIFICATE OF TRIAL ATTORNEY**

WAYNE KURIAN,

_____ /
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☑ FTL     ☐ WPB

Total number of new counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __0__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    ☑  0 to  5 days
   II   ☐  6 to 10 days
   III  ☐ 11 to 20 days
   IV   ☐ 21 to 60 days
   V    ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
TREVOR C. JONES
Assistant United States Attorney
FL Bar No.          92793

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

Defendant's Name: __WAYNE KURIAN__

Case No: _26-CR-60081 Damian/Strauss_

Count #: 1

Wire Fraud

18 U.S.C. § 1343

\* **Max. Term of Imprisonment:** 20 years
\* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
\* **Max. Supervised Release:** 3 years
\* **Max. Fine:** $250,000 or twice the gross gain or loss, whichever is greater.

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 26-CR-60081 Damian/Strauss |
| WAYNE KURIAN, | ) |
| | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Michael Dutko
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*